[No. 3460.]

In re Skelton's Estate.

Appeal dismissed on the authority of a previous decision of the supreme court.

*Appeal from Arapahoe District Court.* Hon. Flor Ashbaugh, Judge.

Messrs. Stuart & Murray, for appellant.

Appeal dismissed.

*Per curiam.*

Appeal dismissed on authority of *Brady v. People,* 45 Colo., 364.